✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    - v. -                           :    NOTICE OF INTENT TO FILE
                                          INFORMATION
RAFAEL CAMILO-THEN,                  :
    a/k/a "Rafa,"                         08 Cr. ____
                                     :
    Defendant.
                                     :
- - - - - - - - - - - - - - - - x

**08 CRIM 336**

JUDGE CHIN

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         April __, 2008

                                                 MICHAEL J. GARCIA
                                                 United States Attorney

                              By:   _____
                                   PARVIN MOYNE
                                   Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

                              AGREED AND CONSENTED TO:

                              By:   _____
                                   Attorney for RAFAEL CAMILO-THEN

4/9/08 WHEEL A