UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*JUDGE CHIN*

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     **WAIVER OF INDICTMENT**

         - v. -                   :     08 Cr. ___ (DC)

RAFAEL CAMILO-THEN,
    a/k/a "Rafa,"                 :     **08 CRIM 336**

                                  :
              Defendant.
                                  :

- - - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating
Title 21, United States Code, Section 846, being advised of the
nature of the charge and of his rights, hereby waives, in open
Court, prosecution by indictment and consents that the proceeding
may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 6 2008

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         April 16, 2008